UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PEDRO ARROYO
_____,
              Plaintiff(s),

         v.
UNIGARD INSURANCE COMPANY
_____,
              Defendant(s).
_____/

CASE NO. 3:13-cv-02810-JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑ Private ADR (*please identify process and provider*) _____
JAMS, San Francisco, or BASF Mediation Services

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline  90 days from the date of the ruling on the motions referenced in Paragraph 4 of the Joint Case Management Conference Statement

Dated: 9/6/2013

/s/ John D. Green
Attorney for Plaintiff

Dated: 9/6/2013

/s/ Jeffrey Kaufman
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

ECF ATTESTATION
I, John D. Green, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto have concurred in this filing.
DATED: 9/6/2013 /s/ John D. Green

**[PROPOSED]** ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: September 25, 2013

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11