John R. Brydon [Bar No. 83365]
Jeffrey Kaufman [Bar No. 48095]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant and Counterclaimant
UNIGARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARROYO,<br><br>　　　　Plaintiff(s),<br>vs.<br><br>UNIGARD INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. C-13-2810 JSW<br><br>STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS AND CASE MANAGEMENT CONFERENCE |

WHEREAS the Court set a briefing and hearing schedule for the parties' cross-motions for summary judgment or partial summary judgment and set the next Case Management Conference for the same date as the hearing on the cross-motions; and

WHEREAS a schedule conflict has arisen for Defendant's counsel and the medical leave of one of Defendant's counsel will occur later than previously anticipated;

Plaintiff PEDRO ARROYO and Defendant UNIGARD INSURANCE COMPANY, by and through their respective counsel, stipulate to the entry of the following order:

1. The briefing schedule on the parties' cross-motions for summary judgment or partial summary judgment is changed to the following:

    - December 6, 2013 – Arroyo's opening motion
    - January 31, 2014 – Unigard's opposition to Arroyo's motion and its cross-motion

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING DATE
FOR MOTIONS AND CASE MANAGEMENT CONFERENCE

1. 
   - March 7, 2014 – Arroyo's reply on his motion and opposition to Unigard's motion
   - April 4, 2014 – Unigard's reply on its motion
2. The hearing on both parties' motions is changed to May 9, 2014.
3. The Case Management Conference is changed to May 9, 2014.
4. The parties' Joint Case Management Conference Statement is due on May 2, 2014.

Dated: November 7, 2013

FARELLA BRAUN + MARTEL

By: _____
John D. Green
Thomas B. Mayhew
Eric C. Tausend
Attorneys for Plaintiff and Counterdefendant
PEDRO ARROYO

Dated: November 7, 2013

BRYDON HUGO & PARKER

By: _____
John R. Brydon
Jeffrey Kaufman
Attorneys for Defendant and Counterclaimant
UNIGARD INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13, 2013

_____
Hon. Jeffrey White, Judge