John D. Green (State Bar No. 121498)
jgreen@fbm.com
Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Eric C. Tausend (State Bar No. 273024)
etausend@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counterdefendant
PEDRO ARROYO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARROYO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIGARD INSURANCE COMPANY, a Washington Corporation,<br><br>　　　　　Defendant. | Case No. 3:13-cv-02810-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS**<br><br>Date:　　　　May 9, 2014<br>Time:　　　　9:00 a.m.<br>Courtroom:　11<br>Judge:　　　Hon. Jeffrey S. White |
| UNIGARD INSURANCE COMPANY, a Wisconsin Corporation,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>PEDRO ARROYO, an individual,<br><br>　　　　　Counterdefendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
TO EXCEED PAGE LIMITATIONS
3:13-cv-02810-JSW

26297\4141691.1

WHEREAS, after a September 27, 2013 Case Management Conference, the Court set a schedule for the parties to file their respective cross-motions for summary judgment or partial summary judgment;

WHEREAS, pursuant to the Court's order, on December 6, 2013 Plaintiff Pedro Arroyo ("Arroyo") filed his opening motion;

WHEREAS, with Arroyo's consent, Unigard Insurance Company ("Unigard") sought leave to file a 30-page brief combining its opposition to Arroyo's motion and its opening motion. The Court granted leave for Unigard to file a combined 30-page brief, and on January 31, 2014 Unigard filed its combined opposition to Arroyo's motion and its cross-motion, which was 30 pages;

WHEREAS, Arroyo's combined reply in support of his motion and opposition to Unigard's cross-motion is due on March 7, 2014. The Court ordered that Arroyo file one brief combining both its reply and its opposition;

WHEREAS, pursuant to Civil L.R. 7-11, Arroyo submits that good cause exists to allow his combined reply brief and opposition brief to exceed the 25-page limit because (1) 25 pages is otherwise insufficient because of the complexity of the case and the importance of the issues within the case; and (2) the parties agreed to a 30-page limit for Unigard's combined opposition and opening brief, and at the same time, for the sake of reciprocity, agreed to a 30-page limit for Arroyo's combined reply and opposition brief;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court so order, that Arroyo may file a 30-page combined brief, which includes his reply in support of his motion for partial summary judgment as well as his opposition to Unigard's cross-motion for summary judgment, or in the alternative, partial summary judgment.

Dated: February 24, 2014               FARELLA BRAUN + MARTEL LLP

                                       By: /s/ John D. Green
                                           John D. Green
                                           Attorneys for Plaintiff and
                                           Counterdefendant
                                           PEDRO ARROYO

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
TO EXCEED PAGE LIMITATIONS         - 2 -                        26297\4141691.1
3:13-cv-02810-JSW

Dated: February 24, 2014　　　　　　　　　BRYDON HUGO & PARKER

By: /s/
　　John R. Brydon
　　Jeffrey Kaufman
　　Thomas J. Moses

Attorneys for Defendant and Counterclaimant
UNIGARD INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Pedro Arroyo may file a 30-page combined brief which includes his reply in support of his motion for partial summary judgment as well as his opposition to Unigard Insurance Company's cross-motion for summary judgment, or in the alternative, partial summary judgment

DATED: February 25, 2014

_____
Jeffrey S. White
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
TO EXCEED PAGE LIMITATIONS
3:13-cv-02810-JSW
- 3 -
26297\4141691.1