1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PREDRO ARROYO,

        Plaintiff,

    v.

UNIGARD INSURANCE CO.,

        Defendant.
_____/

No. C 13-02810 JSW

**ORDER VACATING HEARING**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that cross-motions for summary judgment which have been noticed for hearing on Friday, July 11, 2014 at 9:00 a.m., are appropriate for decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: June 26, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE